UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81646-CIV-CANNON/Reinhart

**KAYLA RICHMOND**,

    Plaintiff,

v.

**EXCLUSIVE JETS, LLC**,

    Defendant.

_____/

## ORDER GRANTING MOTION TO RESCHEDULE MEDIATION

**THIS MATTER** comes before the Court upon the parties' Joint Proposed Motion to Change Mediation Location [ECF No. 28], filed on March 9, 2023. The Joint Motion [ECF No. 28] is **GRANTED**.

The mediation in this case shall be held before Cathleen Scott on June 15, 2023, 9:00 A.M., at 2001 Palm Beach Lakes Boulevard, Suite 410, West Palm Beach, Florida 33409. The parties are reminded that a report of their mediation must be **filed by the parties** within **five (5) days** of mediation. A mediation report filed by the mediator is insufficient to comply with this Order. **The mediation report shall indicate when and where the mediation was conducted; the name of the mediator; who attended the mediation; whether the case settled (in full or in part); whether it was adjourned; or whether the mediator declared an impasse. No changes to any aspect of this Order may be made absent a properly filed motion for such relief and Court approval**.

CASE NO. 21-81646-CIV-CANNON/Reinhart

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 10th day of March 2023.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc: counsel of record