**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 22-81646-CIV-CANNON/Reinhart**

**KAYLA RICHMOND**,

    Plaintiff,

v.

**EXCLUSIVE JETS, LLC**,

    Defendant.

_____/

**ORDER GRANTING JOINT MOTION [ECF No. 50]
AND ENTERING AMENDED[1] ORDER SCHEDULING MEDIATION**

**THIS MATTER** comes before the Court upon the parties' Joint Motion to Reschedule Mediation [ECF No. 50], filed on June 8, 2023. Upon review, the Joint Motion [ECF No. 50] is **GRANTED** as follows. Mediation in this case shall be held before Cathleen Scott on July 19, 2023, 11:00 A.M., at 250 South Central Boulevard, Suite 104-A, Jupiter, Florida 33458. The parties are reminded that a report of their mediation must be filed within **five (5) days** of mediation. A mediation report filed by the mediator is insufficient to comply with this Order. **The mediation report shall indicate when and where the mediation was conducted; the name of the mediator; who attended the mediation; whether the case settled (in full or in part); whether it was adjourned; or whether the mediator declared an impasse. No changes to any aspect of this Order may be made absent a properly filed motion for such relief and Court approval**.

---

[1] This Order supersedes the Court's prior Order Granting Motion to Reschedule Mediation [ECF No. 29].

CASE NO. 22-81646-CIV-CANNON/Reinhart

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 9th day of June 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record